JOHN C. PRATT, as Trustee, Respondent, *v.* WILLIAM E.
PRENTICE, Appellant.

*Pratt* v. *Prentice*, 166 App. Div. 906, affirmed.
(Argued October 22, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered December 10, 1914, affirming a judgment in
favor of plaintiff entered upon a verdict in an action
of ejectment.  Defendant was in possession under a
lease from the grantor which contained the following
clause: "The party of the first part may sell from time
to time any portion of the premises hereby leased and at
the time of each and any such sales, second party agrees
to vacate such portion or portions thereof and shall not
claim or be entitled to receive any compensation for
crops or otherwise."  Upon appeal the question of law
was presented whether a sale of the whole thirty-two
acres by a single deed to plaintiff, a third party, operated
to bring the term of the lease under which defendant
held to a close and thus shortened the otherwise unexpired
lease year.

*George P. Decker* and *William E. Prentice* for appellant.

*George W. Watson* and *James L. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO, MCLAUGHLIN and CRANE, JJ.